ted to the jury, and new trial granted, with costs to appellant to abide the event.

BETTS, J., not sitting.

PENOR, Respondent, v. CITY OF GLENS FALLS, Appellant. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Celia Penor against the City of Glens Falls. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 138 App. Div. 671, 122 N. Y. Supp. 1072.

PEOPLE, Respondent, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Proceeding by the People of the State of New York against Mary Anderson. E. A. Busch, for appellant. S. L. Richter, for the People. No opinion. Judgment affirmed. Order filed. See, also, 131 N. Y. Supp. 1133.

PEOPLE v. BANK OF STATEN ISLAND. In re MAYER. (Supreme Court, Appellate Division, Third Department. January 12, 1912.) Proceeding by the People of the State of New York against the Bank of Staten Island. In the matter of the judicial settlement of the account of Joseph B. Mayer, former receiver. No opinion. Motion denied. See, also, 131 N. Y. Supp. 1133.

PEOPLE, Respondent, v. BOCK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Proceeding by the People of the State of New York against Sigmond Bock and another. No opinion. Judgment (69 Misc. Rep. 543, 125 N. Y. Supp. 301) affirmed.

PEOPLE, Respondent, v. BROOKS et al., Appellants. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Proceeding by the People of the State of New York against Joseph Brooks and others. R. M. Moore, for appellants. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. DUTTON. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Proceeding by the People of the State of New York against Stephen A. Dutton. No opinion. Motion granted, on payment by defendant to the printer of $125, the cost of printing the case on appeal, within 10 days after the decision of this motion. Settle order on notice.

PEOPLE, Respondent, v. FERRONE, Appellant. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Proceeding by the People of the State of New York against Lawrence Ferrone. J. Weber, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. GOLD, Appellant. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Proceeding by the People of the State of New York against Samuel Gold. M. Meyer, for appellant. S. L. Richter, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. KOBITSCH, Appellant. (Supreme Court, Appellate Division, First Department. December 15, 1911.) Proceeding by the People of the State of New York against Adolf Kobitsch. C. E. Le Barbier, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. LEE et al. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Proceeding by the People of the State of New York against Tom Lee and another. With this case have been consolidated in this court cases bearing titles as follows: People v. Louis Cohen; Same v. Michael Maio; Same v. Concetto Gapadonna. No opinions. Motions granted. Orders filed.

PEOPLE, Respondent, v. POPE et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Proceeding by the People of the State of New York against Clarence Pope and others.

PER CURIAM. Judgment of conviction affirmed.

SEWELL, J., not sitting.

PEOPLE v. RINKEL. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Proceeding by the People of the State of New York against Charles Rinkel. No opinion. Motion granted. Order filed.

PEOPLE v. RUBIN. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Proceeding by the People of the State of New York against Abraham Rubin. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE v. SCHMALTZBACH. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Proceeding by the People of the State of New York against Albert Schmaltzbach. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. SHIRLEY, Appellant. (Supreme Court, Appellate Division, First Department. December 15, 1911.) Proceeding by the People of the State of New York against Nat Shirley. M. Meyer, for appellant. S. L. Richter, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. SULLIVAN, Appellant. (Supreme Court, Appellate Division,